UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                    :

C.H. ROBINSON COMPANY, INC,      :

                         :

              Plaintiff,    :

                         :         24-CV-2653 (VSB)

            -against-      :

                         :          **ORDER**

MSC MEDITERRANEAN SHIPPING  :
COMPANY S.A., *et al.*,        :

                         :

            Defendants.  :

                         :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

On January 8, 2026, it was reported to the Court that the parties in this case have reached a settlement agreement.  (Doc. 75.)  Moreover, on March 12, 2026, it was reported in a related case that the "parties have finalized the settlement of all the claims" in this instant matter. (*ArcoTrading, Ltda. v. MSC Mediterranean Shipping Company, S.A.*, No. 24-CV-2672, (Doc. 45) (S.D.N.Y. March 12, 2026).)  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.  Additionally, all currently pending deadlines in the action are adjourned *sine die*.

SO ORDERED.

Dated: March 13, 2026
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge